FILED

04/03/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0644

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 23-0644

IN RE THE MARRIAGE OF:

MATTHEW ROBERTS,

   Petitioner and Appellee,

 and

FIDELA ROBERTS,

   Respondent and Appellant.

## ORDER

Pursuant to authority granted under M. R. App. P. 26(1), the Appellant is given an extension of time until May 13, 2024, to prepare, file, and serve the Appellant's reply brief.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 3 2024